EDWARD JACKSON v.
HYATT BEARING DIVISION, GENERAL MOTORS CORP.

September 30, 1975. Petition for certification denied.

STEVE THOMPSON v.
PARTS DIVISION, GENERAL MOTORS CORP.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE SMITH.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JASPER SWAIN.

September 30, 1975. Petition for certification denied.

JOSEPH W. CREE, SR. v. NU-CAR CARRIERS, INC.

September 30, 1975. Petition for certification denied.

ALLAN G. KAPLAN v. GEORGE S. DEZSERAN.

September 30, 1975. Petition for certification denied.